UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al.,

        Plaintiffs,

   v.

CAMP RICHARDSON, INC., et al.,

        Defendants.
                                  /

NO. CIV. S-05-1949 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED:  November 18, 2005.

                                <u>/s/Lawrence K. Karlton</u>
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT