1  KAREN S. FRANK (No. 130887)
   SIMON J. FRANKEL (No. 171552)
2  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11
    BROADCAST MUSIC, INC. et al.,              No. 2:05-CV- 01949 LKK DAD
12
                  Plaintiffs,                  Action filed September 27, 2005
13
         v.                                    REQUEST FOR EXTENSION OF
14                                             TIME TO FILE DOCUMENTS
    CAMP RICHARDSON RESORT, INC. d/b/a         DISPOSING OF THE CASE
15  CAMP RICHARDSON RESORT/THE BEACON
    BAR AND GRILL; ROBERT J. HASSETT and
16  TAMARA R. HASSETT, each individually,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

REQ FOR EXT OF TIME TO FILE DOCS DISPOSING OF CASE                          *
-1-

Whereas, the parties have settled this matter in principle,

Whereas, the Court ordered the parties to file documents disposing of the case on December 30, 2005,

Whereas, the parties are in the process of finalizing settlement,

IT IS THEREFORE REQUESTED by Plaintiffs Broadcast Music, Inc. et al., by and through their counsel of record, that the deadline for the filing of documents disposing of the case be continued for three weeks from today's date. Plaintiffs will dismiss the action as soon as the settlement documents are finalized.

DATED: January __, 2006.

Respectfully,

KAREN S. FRANK
SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: /signature on original
    KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

The deadline by which to file dispositional documents is EXTENDED until January 23, 2006.

DATED: January 6, 2006

IT IS SO ORDERED.

/s/Lawrence K. Karlton
Lawrence K. Karlton, Senior Judge